IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LYDIA WALTERS                                                                                    PETITIONER

VS.                                                                         CRIMINAL NO. 2:18-cr-40-KS-MTP-002

UNITED STATES OF AMERICA                                                                   RESPONDENT

### ORDER

THIS CAUSE IS BEFORE THE COURT on Motion [84] for Reduction of Sentence pursuant to 18 U.S.C. §3582(c)(2) and in conjunction with the Drugs Minus Two Amendment(782).

Petitioner, Lydia Walters has filed a Motion requesting a reduction of sentence, etc. The Court has reviewed her Motion and finds that at the time she was sentenced she was given the benefit of everything that she was entitled to and no further reductions are applicable. For that reason the Motion herein is DENIED.

SO ORDERED this the   2nd      day of June, 2020.

                                                                        s/Keith Starrett
                                                            UNITED STATES DISTRICT JUDGE