IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LYDIA WALTERS                                                            PETITIONER

VS.                                                              CASE NO. 2:18-CR-40-KS-MTP

UNITED STATES OF AMERICA                                                  RESPONDENT

ORDER

THIS CAUSE IS BEFORE THE COURT on Motion to Recommend Community Corrections Center Placement [97] filed by Lydia Walters. The Court has reviewed the Motion and finds that this determination should be made by the Bureau of Prisons and the Court notes that it does not object to Petitioner serving a portion of her sentence in a Community Corrections Center. However, the Court declines to make this recommendation.

SO ORDERED this the __2nd__ day of October, 2020.


__s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE